IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02186-RPM

MARIANNE MEINTS,

    Plaintiff,

v.

MICHAEL HRONICK,
PAUL C. BROOKS,
ROD WILLIAMS, and
TED MINK, in his official capacity as Sheriff of the County of Jefferson,

    Defendants.

_____

ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT
_____

    Upon review of Plaintiff's Unopposed Motion for Leave to File an Amended Complaint and Jury Demand [8] filed November 17, 2011, it is

    ORDERED that the motion is granted and the Amended Complaint attached thereto is accepted for filing.

    DATED:   November 21st, 2011

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge