**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02186-RPM

MARIANNE MEINTS,

    Plaintiff,

v.

MICHAEL HRONICK, in his official and individual capacity,
PAUL C. BROOKS, in his official and individual capacity, and
ROD WILLIAMS, in his official and individual capacity.

    Defendants.

---

**ORDER**

---

UPON Plaintiff's <u>Unopposed</u> Motion to Modify the Scheduling Order, the Court, being fully advised in the premises and for good cause shown, hereby:

GRANTS Plaintiff's Motion to Modify the Scheduling Order, and modifies the following deadlines set forth in the Scheduling Order:

- The Discovery Cut-Off : August 6, 2012;
- Deadline to designate all experts: May 29, 2012
- Deadline to designate all rebuttal experts: June 29, 2012
- Dispositive Motions deadline: September 7, 2012.

DATED this 4th day of 2012.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge