## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-2186-RPM

MARIANNE MEINTS,

    Plaintiff,

v.

MICHAEL HRONICK, in his individual capacity,
PAUL C. BROOKS, in his individual capacity, and
ROD WILLIAMS, in his individual capacity,

    Defendants.

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
## TO MODIFY THE SCHEDULING ORDER

Upon review of Defendants' Unopposed Motion to Modify the Scheduling Order [27] filed July 20, 2012, it is

ORDERED that Defendants' Unopposed Motion is GRANTED and the current scheduling deadlines are modified as follows:

- The Discovery cut-off deadline is extended until **October 9, 2012**; and
- The deadline for dispositive motions is extended until **November 9, 2012**.

Dated, this 23rd day of July, 2012.

                BY THE COURT:

                s/Richard P. Matsch

                Richard P. Matsch, Senior District Judge