IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02186-RPM

MARIANNE MEINTS,

    Plaintiff,

v.

MICHAEL HRONICK,
PAUL C. BROOKS, and
ROD WILLIAMS,

    Defendants.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation for Dismissal with Prejudice [31] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorney's fees and costs.

DATED:   September 21st, 2012

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge